**Opinion issued August 1, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00227-CV

————————————

## JAIME GILPATRICK, Appellant

## V.

## JASON GOKEY AND ALMA HILL, Appellees

---

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Case No. 08-FD-0452**

---

## MEMORANDUM OPINION

Appellant, Jaime Gilpatrick, appeals from a final judgment signed on February 21, 2023. Appellant has not paid for the clerk's record or the required filing fee and has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no clerk's

record filed due to appellant's fault); *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015).

The Court issued a notice on April 18, 2023 (past due fee) that the appeal might be subject to appeal unless the filing fee was paid. The Court also issued an order on June 20, 2023, advising appellant that no evidence had been filed showing that appellant was excused from paying costs and that, unless appellant paid the filing fee within ten days, the appeal might be dismissed. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). No response was received.

The Court advised appellant on May 5, 2023 that the Court might dismiss the appeal for failure to pay or make financial arrangements for the filing of the clerk's record unless appellant submitted written evidence by June 5, 2023 that he had paid or made arrangements to pay for the clerk's record. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). No response was received.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(c), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.